# United States District Court
# Eastern District of California
Redding Branch

UNITED STATES OF AMERICA )  VIOLATE/CASE NO. 3:14-mj-0016 CMK
)
vs. ) **ORDER TO APPEAR**
)
Bryan Candito )
)

**YOU ARE HEREBY ORDERED** to appear before a United States Magistrate Judge in Sacramento, California, at 510 I Street, in the Magistrate Courtroom on 8-27-14, at 2:00 p.m., for further proceedings in the above entitled case.

YOU ARE FURTHER NOTIFIED that if you fail to appear on the above date, that a warrant may be issued for your arrest.

Dated: 7-22-14

Deputy Clerk for
U.S. Magistrate Judge Craig M. Kellison